JOHN W. HUBER, United States Attorney (No. 7726)
MARK Y. HIRATA, Assistant United States Attorney (No. 5087)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Email: mark.hirata@usdoj.gov

FILED
DISTRICT COURT

2018 JUN -6  P 6: 05

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. |
| Plaintiff, | : | |
| | : | INDICTMENT |
| v. | : | |
| | | Viols. |
| JERRY DEAN JENNINGS, | : | **Counts 1, 3, and 6** – 21 U.S.C. § 841(a)(1) – Possession of a Controlled Substance with Intent to Distribute |
| Defendant. | : | |
| | : | **Count 4** – 18 U.S.C. § 924(c)(1)(A) – Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime |
| | : | |
| | : | **Counts 2 and 5** – 18 U.S.C. § 922(g)(1) – Convicted Felon in Possession of a Firearm and Ammunition |
| | : | |

The Grand Jury charges:

1

Case: 1:18-cr-00051
Assigned To : Parrish, Jill N.
Assign. Date : 6/6/2018
Description: USA v, Jennings

## Count 1
## 21 U.S.C. § 841(a)(1)
### (Possession with Intent to Distribute a Controlled Substance)

On or about November 27, 2017, in the Central Division of the District of Utah,

**JERRY DEAN JENNINGS,**

defendant herein, did knowingly and intentionally possess with intent to distribute heroin,

a Schedule I controlled substance within the meaning of 21 U.S.C. § 812;

All in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. §

841(b)(1)(C).

## Count 2
## 18 U.S.C. § 922(g)(1)
### (Felon in Possession of a Firearm)

On or about November 27, 2017, in the Central Division of the District of Utah,

**JERRY DEAN JENNINGS,**

defendant herein, having been convicted of a crime punishable by imprisonment for more

than one year, did knowingly possess, in and affecting interstate commerce, the following

firearms, to wit: Beretta model 950 BS .25 caliber handgun; and Hi-Point .45 caliber

ACP rifle;

All in violation of 18 U.S.C. § 922(g)(1).

/

/

/

2

## Count 3
## 21 U.S.C. § 841(a)(1)
## (Possession with Intent to Distribute a Controlled Substance)

On or about May 24, 2018, in the Central Division of the District of Utah,

**JERRY DEAN JENNINGS,**

defendant herein, did knowingly and intentionally possess with intent to distribute heroin,

a Schedule I controlled substance within the meaning of 21 U.S.C. § 812;

All in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. §

841(b)(1)(C).

## Count 4
## 18 U.S.C. § 924(c)(1)(A)
## (Using and Carrying a Firearm During and in Relation to a
## Drug Trafficking Crime)

On or about May 24, 2018, in the Central Division of the District of Utah,

**JERRY DEAN JENNINGS,**

defendant herein, did knowingly use and carry a firearm, to wit: a Ruger P90 .45 caliber

handgun, during and in relation to the drug trafficking crime alleged in Count 3, which

count is incorporated herein;

All in violation of 18 U.S.C. § 924(c)(1)(A).

/

/

/

## Count 5
## 18 U.S.C. § 922(g)(1)
### (Felon in Possession of a Firearm and Ammunition)

On or about May 24, 2018, in the Central Division of the District of Utah,

**JERRY DEAN JENNINGS,**

defendant herein, having been previously convicted of a crime punishable by imprisonment for more than one year, did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, to wit: a Ruger P90 .45 caliber handgun, a 38 Special handgun, and associated ammunition;

All in violation of 18 U.S.C. § 922(g)(1).

## Count 6
## 21 U.S.C. § 841(a)(1)
### (Possession with Intent to Distribute a Controlled Substance)

On or about May 24, 2018, in the Central Division of the District of Utah,

**JERRY DEAN JENNINGS,**

defendant herein, did knowingly and intentionally possess with intent to distribute fifty grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812;

All in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

/

4

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of a knowing violation of 18 U.S.C. §§ 922(g)(1) or 924(c)(1)(A), as set forth in this indictment, the defendant shall forfeit any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to, the following property:

- Beretta model 950 BS .25 caliber handgun;
- Hi-Point .45 caliber ACP rifle;
- Ruger P90 .45 caliber handgun and associated ammunition; and
- 38 Special handgun and associated ammunition.

Additionally, pursuant to 21 U.S.C. § 853, upon conviction of any offense charged herein in violation of subchapter I or II of Chapter 13 in Title 21 of the United States Code, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

- $13,920; and

- A MONEY JUDGMENT equal to the value of any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

/

/

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without

difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. § 982(b).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

APPROVED:

JOHN W. HUBER
United States Attorney

_____
MARK Y. HIRATA
Assistant United States Attorney

6